UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| Z.A. SEA FOODS PRIVATE LIMITED, <br> B-ONE BUSINESS HOUSE PVT. LTD., <br> HARI MARINE PRIVATE LIMITED, <br> MAGNUM EXPORT, <br> MEGAA MODA PVT. LTD., <br> MILSHA AGRO EXPORTS PRIVATE LTD., <br> SEA FOODS PRIVATE LIMITED, <br> SHIMPO EXPORTS PRIVATE LIMITED, <br> FIVE STAR MARINE EXPORTS PVT. LTD., <br> HN INDIGOS PRIVATE LIMITED, <br> RSA MARINES, AND ZEAL AQUA LTD., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 21-00031 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 56.2(a) of the Rules of the U.S. Court of International Trade, counsel for the parties to the above-captioned matter have consulted and submit to the Court the following Joint Status Report and Proposed Briefing Schedule, as well as the attached Briefing Schedule Order.

### I.  JOINT STATUS REPORT

In response to the questions set forth in Rule 56.2(a), the parties state the following:

Scheduling Order, Court No. 21-00031

1. **Does the court have jurisdiction over the action?**

Plaintiffs, Z.A. Sea Foods Private Limited, B-One Business House Pvt. Ltd., Hari Marine Private Limited, Magnum Export, Megaa Moda Pvt. Ltd., Milsha Agro Exports Private Limited, Sea Foods Private Limited, Shimpo Exports Private Limited, Five Star Marine Exports Private Limited, HN Indigos Private Limited, RSA Marines and Zeal Aqua Limited assert that the Court has jurisdiction over this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii), 1516a(d), and 28 U.S.C. § 1581(c). Defendant and Defendant-Intervenor are not aware of any basis to challenge the Court's jurisdiction at this time.

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties agree that this case should not be consolidated with any other case, nor should any portion of the case be severed.

3. **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that this case should not be deferred pending resolution of another case before the Court or any other tribunal.

4. **Should the court be aware of any other information at this time?**

The parties are not aware of other information of which the Court should be aware at this time.

## II. PROPOSED BRIEFING SCHEDULE

After consultation pursuant to USCIT Rule 56.2, the parties agree that this case should be decided pursuant to USCIT Rule 56.2, Judgment on an Agency Record for an Action Described in 28 U.S.C. § 1581(c). The parties agree that the following schedule is appropriate in this case:

**Scheduling Order, Court No. 21-00031**

| | |
|---|---|
| June 4, 2021 | Plaintiffs shall file their motion for judgment on the agency record and supporting brief. |
| August 13, 2021 | Defendant and Defendant-Intervenor shall file their response briefs. |
| September 10, 2021 | Plaintiffs shall file their reply brief. |

Pursuant to Rule 56.2(c)(3), within 14 days of the date of filing of the reply brief, Plaintiffs will file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties.  Motions for oral argument, if any, shall be filed by September 24, 2021, in accordance with Rule 56.2(e).  A proposed Scheduling Order reflecting this schedule is attached.

                                      Respectfully submitted,

On behalf of the Plaintiffs:

                                      /s/ Robert G. Gosselink
                                      Robert G. Gosselink
                                      **Trade Pacific PLLC**
                                      700 Pennsylvania Avenue, SE
                                      Suite 500
                                      Washington, DC 20003
                                      Tel: (202) 223-3760
                                      Fax: (202) 223-3763
                                      Email: rgosselink@tradepacificlaw.com
                                      *Counsel to Plaintiffs*

On behalf of the United States:

                                        BRIAN M. BOYNTON
                                      Acting Assistant Attorney General

                                      JEANNE E. DAVIDSON
                                      Director

                                      /s/ Patricia M. McCarthy
                                      PATRICIA M. McCARTHY
                                      Assistant Director

**Scheduling Order, Court No. 21-00031**

/s/ Kara M. Westercamp
KARA M. WESTERCAMP
Trial Attorney
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7571
Fax: (202) 514-8624
Email: kara.m.westercamp@usdoj.gov
*Counsel to Defendant United States*

OF COUNSEL:

SPENCER NEFF
Attorney
Office of the Chief Counsel for
Trade Enforcement & Compliance
Washington, D.C.

On behalf of Defendant-Intervenor:

/s/ Nathaniel Maandig Rickard
Nathaniel Maandig Rickard
**Picard Kentz & Rowe LLP**
1750 K Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 331-5040
Email: nrickard@pkrllp.com
*Counsel to Defendant-Intervenor Ad Hoc Shrimp Trade Action Committee*

Dated: April 8, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| Z.A. SEA FOODS PRIVATE LIMITED, B-ONE BUSINESS HOUSE PVT. LTD., HARI MARINE PRIVATE LIMITED, MAGNUM EXPORT, MEGAA MODA PVT. LTD., MILSHA AGRO EXPORTS PRIVATE LTD., SEA FOODS PRIVATE LIMITED, SHIMPO EXPORTS PRIVATE LIMITED, FIVE STAR MARINE EXPORTS PVT. LTD., HN INDIGOS PRIVATE LIMITED, RSA MARINES, AND ZEAL AQUA LTD., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 21-00031 |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report and proposed Briefing Schedule, and pursuant to USCIT Rule 56.2, it is hereby

**ORDERED** that the following briefing schedule is established:

Plaintiffs shall file their motion for judgment on the agency record and supporting brief on or before June 4, 2021;

Defendant and Defendant-Intervenor shall file their response briefs on or before August 13, 2021;

Plaintiffs shall file their reply brief on or before September 10, 2021;

**Scheduling Order, Court No. 21-00031**

Plaintiffs will file a joint appendix within 14 days of the date of filing of the reply brief; and

Motions for oral argument, if any, shall be filed by September 24, 2021.

**SO ORDERED.**

Dated: _____           _____
       New York, New York            Gary S. Katzmann, Judge
                                   United States Court of International Trade