UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| Z.A. SEA FOODS PRIVATE LIMITED,<br>B-ONE BUSINESS HOUSE PVT. LTD.,<br>HARI MARINE PRIVATE LIMITED,<br>MAGNUM EXPORT,<br>MEGAA MODA PVT. LTD.,<br>MILSHA AGRO EXPORTS PRIVATE LTD.,<br>SEA FOODS PRIVATE LIMITED,<br>SHIMPO EXPORTS PRIVATE LIMITED,<br>FIVE STAR MARINE EXPORTS PVT. LTD.,<br>HN INDIGOS PRIVATE LIMITED,<br>RSA MARINES, AND ZEAL AQUA LTD.,<br><br>             Plaintiffs,<br>   v.<br><br>UNITED STATES,<br><br>             Defendant,<br><br>   and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>             Defendant-Intervenor. | Court No. 21-00031 |

**PLAINTIFFS' COMMENTS ON FINAL RESULTS OF
REMAND REDETERMINATION**

Plaintiffs, Z.A. Sea Foods Private Limited, B-One Business House Pvt. Ltd., Hari Marine Private Limited, Magnum Export, Megaa Moda Pvt. Ltd., Milsha Agro Exports Private Limited, Sea Foods Private Limited, Shimpo Exports Private Limited, Five Star Marine Exports Private Limited, HN Indigos Private Limited, RSA Marines, and Zeal Aqua Limited, submit these comments in response to the remand results filed by the Department of Commerce. See <u>Final Results of Redetermination Pursuant to Court Remand, Z.A Sea Foods Private Limited et al v.</u>

**Court No. 21-00031, Plaintiffs' Comments on Remand Results**

United States, Court No. 21-00031, Slip Op. 22-36 (CIT April 19, 2022), ECF No. 60 ("Remand Results").  Plaintiffs agree with (1) Commerce's conclusion on remand that there is insufficient evidence that Z.A. Sea Foods' third-country Vietnamese sales were unrepresentative and unsuitable for use in the calculation of normal value and (2) Commerce's recalculation of the estimated weighted-average dumping margin for Z.A. Sea Foods by relying on Z.A. Sea Foods' third-country Vietnamese sales during the period of review.  As such, Plaintiffs agree that the Remand Results comply with the Court's remand order in Z.A Sea Foods Private Limited et al v. United States, Court No. 21-00031, Slip Op. 22-36 (CIT April 19, 2022).  Accordingly, Plaintiffs respectfully request that the Court sustain Commerce's Remand Results and enter a final judgment in this action.

                Respectfully submitted,

                /s/ Robert G. Gosselink
                Robert G. Gosselink
                Jonathan M. Freed

                TRADE PACIFIC PLLC
                700 Pennsylvania Avenue, SE, Suite 500
                Washington, D.C.  20003
                Tel.:  (202) 223-3760

                *Counsel to Plaintiffs*

Dated:  August 17, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| Z.A. SEA FOODS PRIVATE LIMITED, <br> B-ONE BUSINESS HOUSE PVT. LTD., <br> HARI MARINE PRIVATE LIMITED, <br> MAGNUM EXPORT, <br> MEGAA MODA PVT. LTD., <br> MILSHA AGRO EXPORTS PRIVATE LTD., <br> SEA FOODS PRIVATE LIMITED, <br> SHIMPO EXPORTS PRIVATE LIMITED, <br> FIVE STAR MARINE EXPORTS PVT. LTD., <br> HN INDIGOS PRIVATE LIMITED, <br> RSA MARINES, AND ZEAL AQUA LTD., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br> Defendant, <br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 21-00031 |

**CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)**

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments on the Final Results of Remand Redetermination, dated August 17, 2022, complies with the word-count limitation described in part 2(B)(1) of the Standard Chambers Procedures.  The comments contains <u>221</u> words according to the word-count function of the word-processing software used to prepare the comments.

                                          Respectfully submitted,

                                        <u>/s/ Robert G. Gosselink</u>
                                        Robert G. Gosselink
                                        Jonathan M. Freed
                                        TRADE PACIFIC PLLC
                                        700 Pennsylvania Avenue, SE, Suite 500
                                        Washington, D.C.  20003
                                        Tel.:  (202) 223-3760

Dated:  August 17, 2022                    *Counsel to Plaintiffs*