UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **Z.A. SEA FOODS PRIVATE LIMITED, B-ONE BUSINESS HOUSE PVT. LTD., HARI MARINE PRIVATE LIMITED, MAGNUM EXPORT, MEGAA MODA PVT. LTD., MILSHA AGRO EXPORTS PRIVATE LTD., SEA FOODS PRIVATE LIMITED, SHIMPO EXPORTS PRIVATE LIMITED, FIVE STAR MARINE EXPORTS PVT. LTD., HN INDIGOS PRIVATE LIMITED, RSA MARINES, and ZEAL AQUA LTD.,**<br><br>                **Plaintiffs,**<br>     v.<br><br>**UNITED STATES,**<br><br>               **Defendant,**<br><br>     and<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE,**<br><br>               **Defendant-Intervenor.** | Case No. 21-00031<br>The Honorable Gary S. Katzmann, Judge |

NOTICE OF APPEAL

Notice is hereby given that the Ad Hoc Shrimp Trade Action Committee, the Defendant-Intervenor in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on December 6, 2022.

Dated:  February 1, 2023

                                                  */s/ Nathaniel Maandig Rickard*
                                                Nathaniel Maandig Rickard
                                                Zachary J. Walker
                                                **PICARD KENTZ & ROWE LLP**
                                                1750 K Street NW
                                                Washington, DC 20006-2318
                                                (202) 331-5040
                                                nrickard@pkrllp.com
                                                *Counsel to the Ad Hoc Shrimp*
                                                *Trade Action Committee*