# United States Court of Appeals for the Federal Circuit

---

**Z.A. SEA FOODS PRIVATE LTD., B-ONE BUSINESS HOUSE PVT. LTD., HARI MARINE PRIVATE LTD., MAGNUM EXPORT, MEGAA MODA PVT. LTD., MILSHA AGRO EXPORTS PRIVATE LTD., SEA FOODS PRIVATE LTD., SHIMPO EXPORTS, FIVE STAR MARINE EXPORTS PRIVATE LIMITED, HN INDIGOS PRIVATE LTD., RSA MARINES, ZEAL AQUA LTD.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant*

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Defendant-Appellant*

---

2023-1469

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00031-GSK, Judge Gary S. Katzmann.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 7, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



July 15, 2024
Date

Jarrett B. Perlow
Clerk of Court